IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Johnson, Zivial J | Case Number: 07 B 19505 |
| | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 10/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: February 9, 2009
Confirmed:  December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,254.86 | |
| Secured: | | 10,272.11 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,242.06 |
| Trustee Fee: | | 740.69 |
| Other Funds: | | 0.00 |
| Totals: | 12,254.86 | 12,254.86 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 3,059.20 | 1,242.06 |
| 2. | American Home Mortgage Servicing | Secured | 11,250.00 | 9,574.13 |
| 3. | Cook County Treasurer | Secured | 1,096.00 | 584.53 |
| 4. | Village of Riverdale | Secured | 113.45 | 113.45 |
| 5. | American Home Mortgage Servicing | Secured | 24,045.55 | 0.00 |
| 6. | Internal Revenue Service | Priority | 4,529.06 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 1,647.84 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 69.52 | 0.00 |
| 9. | Fingerhut | Unsecured | 150.98 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 219.21 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 87.74 | 0.00 |
| 12. | T Mobile USA | Unsecured | 30.79 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 93.41 | 0.00 |
| 14. | Chandra Diagnostic Cardiology LTd | Unsecured | | No Claim Filed |
| 15. | International | Unsecured | | No Claim Filed |
| 16. | Cigna Healthcare | Unsecured | | No Claim Filed |
| 17. | Chase | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 20. | AT&T | Unsecured | | No Claim Filed |
| 21. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 22. | Medco Health Solutions | Unsecured | | No Claim Filed |
| 23. | Merrick Bank | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | Merchandise Credit Guide | Unsecured | | No Claim Filed |
| 26. | Merchandise Credit Guide | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Johnson, Zivial J

Printed: 03/24/09

Case Number: 07 B 19505
Judge: Hollis, Pamela S
Filed: 10/20/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Northwest Medical Faculty | Unsecured | | No Claim Filed |
| 28. South Suburban Cardiology | Unsecured | | No Claim Filed |
| 29. United Compucredit Collection | Unsecured | | No Claim Filed |
| 30. Robert J Adams & Associates | Unsecured | | No Claim Filed |
| 31. Sprint | Unsecured | | No Claim Filed |
| | | $ 46,392.75 | $ 11,514.17 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 281.99 |
| 6.5% | 355.87 |
| 6.6% | 102.83 |
| | $ 740.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

